ELECTRONICALLY FILED
2/22/2018 2:33 PM
12-CV-2018-900018.00
CIRCUIT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY

**HEATHER SCHULTZE AND ROBERT SCHULTZE, HUSBAND AND WIFE,**

    Plaintiffs,

vs.

**WALMART INC. and;**
NO. 1, whether singular or plural, being that individual or entity who or that was doing business as Walmart Inc. at the time of the occurrence made the basis of Plaintiffs' Complaint;
NO. 2, whether singular or plural, Plaintiffs hereby intending to designate that entity who or which was doing business as Valley Walmart Inc. Supercenter and was located at 3501 20th Ave, Valley, AL 36854, at the time of the incident made the basis of Plaintiffs' complaint;
NO. 3, whether singular or plural, Plaintiffs hereby intending to designate that entity or those entities including persons who or which failed to maintain safe premises and other areas which were involved in the occurrence made the basis of Plaintiffs' complaint;
NO. 4, whether singular or plural, Plaintiffs hereby intending to designate that entity or those entities including persons who or which failed to detect or remedy hazardous, dangerous or defective conditions on the premises which were involved in the occurrence made the basis of Plaintiffs' complaint;
NO. 5, whether singular or plural, Plaintiffs hereby intending to designate that entity or those entities including persons who or which failed to properly maintain the premises which were involved in the occurrence made the basis of Plaintiffs' complaint;

**CIVIL ACTION NO.:** _____

**JURY DEMAND**

NO. 6, whether singular or plural, Plaintiffs hereby intending to designate that entity or those entities including persons who or which failed to inspect, remove or alter conditions on the premises involved in the occurrence made the basis of Plaintiffs' complaint;

NO. 7, whether singular or plural, Plaintiffs hereby intending to designate that entity or those entities who or which followed negligent maintenance and management practices in keeping the premises safe which were involved in the occurrence made the basis of Plaintiffs' complaint;

NO. 8, whether singular or plural, Plaintiffs hereby intending to designate that entity or those entities including persons whose negligence, wantonness, or other wrongful conduct caused the occurrence made the basis of Plaintiffs' complaint; Plaintiffs hereby intending to designate that entity or those entities including persons who or which is the successor in interest in any of those entities described above; Plaintiff aver that the identity of the fictitious parties defendant is otherwise unknown to the Plaintiff at this time, or if their name is known their identity as proper party defendants is not known to the Plaintiff at this, and that their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

        Defendants.

## COMPLAINT

COME NOW Plaintiffs HEATHER SCHULTZE AND ROBERT SCHULTZE, Husband and Wife, by and through undersigned attorney, and as the basis for the relief hereinafter prayed for, state as follows:

## GENERAL AND JURISDICTIONAL ALLEGATIONS

1. Plaintiff Heather Schultze is an adult resident and citizen of West Point, Georgia.

2. Plaintiff Robert Schultze is the husband of Heather Schultze and is an adult resident and citizen of West Point, Georgia.

3. Defendant Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas and doing business in Chambers County, Alabama at all times relevant herein.

4. The incident which forms the basis of Plaintiffs' complaint occurred in Chambers County, Alabama.

## COUNT I

5. Plaintiffs adopt and reassert the averments contained in previous paragraphs of this complaint, and incorporate the same by this reference as if more fully set out herein.

6. On or about April 9, 2016, Heather Schultze was a business invitee at Defendant Walmart Inc. located at 3501 20th Ave, Valley, AL 36854. At said time, Defendants and/or one or more of the fictitious parties defendants listed and/or described in Plaintiffs' complaint negligently or wantonly failed to maintain the premises in a safe condition, such failure causing Plaintiff to suffer injury. Defendants were negligent or wanton in one or more of the following respects:

   a. Defendants failed to exercise reasonable care to provide and maintain reasonably safe premises for use by those persons lawfully on their premises;

   b. Defendants breached their duty to be reasonably sure that they were not inviting another into a situation of danger or peril;

   c. Defendants breached their duty to warn invitees of defects and danger associated with the premises;

    d. Defendants failed to maintain the premises in such a manner so as not to constitute a hazard to those persons on the premises, including but not limited to allowing a hazardous substance to remain on the floor of their premises;

    e. Defendants failed to inspect, remove or alter conditions on the premises which were likely to cause injury or damage;

    f. Defendants failed to identify or remedy known or foreseeable hazards.

7. As a proximate result of defendant's conduct, Plaintiff Heather Schultze was caused to suffer the following injuries and damages:

    a. She incurred, and continues to incur, physical pain and suffering as a result of the physical injuries sustained in the above described incident, which injuries include but are not limited to migraines, polyneuropathy, carpal tunnel syndrome, insomnia, dizziness and giddiness, right sacroiliac joint dysfunction and right lower extremity paresthesias;

    b. She incurred, and continues to incur, mental pain and anguish as a result of the physical injuries sustained in the above described incident;

    c. She incurred, and continues to incur, medical expenses in and about an effort to cure and/or heal the physical injuries sustained in the above described incident;

    d. She incurred, and continues to incur, loss of enjoyment of life as a result of the physical injuries sustained in the above described incident;

    e. She incurred permanent impairment and disabilities as a result of the physical injuries sustained in the above described incident;

    f. She incurred lost wages as a result of the physical injuries sustained in the above described incident.

WHEREFORE, Plaintiffs demand entry of judgment against the defendants, and each of them, in an amount which the jury deems fair and just to compensate Plaintiff, punitive damages and costs of court.

## COUNT II
### Loss of Consortium

8. Plaintiffs reassert previous paragraphs of this Complaint and incorporate the same by reference as if fully set out herein.

9. The foregoing wrongful conduct of said Defendants combined and concurred and rendered said defendants liable to Plaintiff Robert Schultze for the following injuries and damages: he was caused to lose the services, support and consortium of his wife for a period of time and will be caused to lose said services and consortium for a period of time uncertain.

WHEREFORE, Plaintiffs demand judgment against the Defendants, and each of them, in an amount which the jury deems fair and just to compensate Plaintiffs, punitive damages and costs of court.

ATTORNEYS FOR PLAINTIFFS

*s:/Douglas J. Fees*
DOUGLAS J. FEES   *FEE001*
THE COCHRAN FIRM – HUNTSVILLE
401-403 Madison Street
P.O. Box 508
Huntsville, AL 35804
(256) 536-1199
dfees@cochranfirm.com

## JURY DEMAND

Plaintiffs respectfully demand a trial by struck jury.

_____
DOUGLAS J. FEES

**Defendant to be served by certified mail by filer as follows:**

Walmart Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109-5421